United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 13, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-50695
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERTO RODRIGUEZ-FERNANDEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-01-CR-577-1-FB
--------------------

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Roberto Rodriguez-Fernandez (Rodriguez) appeals his convictions for two counts of aiding and abetting the transportation of illegal aliens. He asserts that the evidence is insufficient to support these convictions. After reviewing the record and the arguments of counsel, we hold that a rational trier of fact could have found that the evidence established the essential elements of the offenses beyond a reasonable doubt.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

United States v. Romero-Cruz, 201 F.3d 374, 378 (5th Cir. 2000);

United States v. Jaramillo, 42 F.3d 920, 923 (5th Cir. 1995).

Consequently, the judgment of the district court is AFFIRMED.